# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PERRY B. FAULKNER**                                                                                    **PLAINTIFF**

**v.**                                    **Case No. 4:18-cv-00353-KGB**

**TAB TOWNSELL, Individually,**
**LISA MABRY WILLIAMS, Individually, and**
**CITY OF CONWAY, ARKANSAS**                                                         **DEFENDANTS**

## ORDER

Before the Court is a motion for extension of time to reply to plaintiff Perry B Faulkner's response to defendants' motion for summary judgment (Dkt. No. 27). Counsel for defendants submits that, due to pre-existing professional and personal obligations, and in the light of the two extensions provided to Mr. Faulkner for filing his response to the motion for summary judgment and the lack of a scheduling Order currently, defendants request that the deadline for filing a reply to Mr. Faulkner's response to the motion for summary judgment be extended seven days, making a reply due on or before Monday, July 22, 2019 (*Id.*, ¶ 4). Counsel for defendants represents that Mr. Faulkner's counsel has been contacted and has no objection to this request (*Id.*, ¶ 5).

For good cause shown, the Court grants the motion (Dkt. No. 27). Defendants have up to and including July 22, 2019, to file a reply to Mr. Faulkner's response to the motion for summary judgment.

It is so ordered this 15th day of July, 2019.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge