**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PERRY B. FAULKNER**                                                                        **PLAINTIFF**

**v.**                                           **Case No**.  **4:18-cv-00353 KGB**

**TAB TOWNSELL, individually, and in his**
**official capacity as Mayor of the City of**
**Conway, Arkansas,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and

adjudged that plaintiff Perry B. Faulkner's claims are dismissed with prejudice.   The relief

requested is denied.

It is so adjudged this 28th day of May, 2020.

_____
Kristine G. Baker
United States District Judge